# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>CHESNEY, MAXINE M. | 2. Court or Organization<br><br>U.S. DISTRICT CT./NO. DIST. CA | 3. Date of Report<br><br>05/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active - U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02/26/93 | With SF City & Cty. Employees' Retirement System for pension payable monthly until death, based on former employment with SF Dist.Atty. |
| 2. 10/29/05 | With State of California Judges' Retirement System for retirement benefits payable monthly until death, based on former employment as SF Superior Court Judge |
| 3. | |

RECEIVED 2009 MAY 14 A 9:35 FINANCIAL DISCLOSURE OFFICE

Chesney_Maxine_M

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/07/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2008 | San Francisco City & County Employees' Retirement System - Pension | $13,015.00 |
| 2. | 2008 | California Judges' Retirement System - Pension | $105,185 |
| 3. | 4/15/08 | Philips Services Corp. - Class Action Settlement | $1,827.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | California Judges' Retirement System - Pension |
| 2. | 2008 | Self-employed (arbitration and mediation) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock - Advanced Polymer | | None | J | T | | | | | |
| 2. Mutual Fund - RVS CA Tax - Exempt (formerly AXP) | C | Interest | M | T | | | | | |
| 3. Bond - Calipatria CA Redev Agy | A | Interest | J | T | | | | | |
| 4. Bond - Sequoia CA Hospital District | A | Interest | J | T | | | | | |
| 5. Bank Accts., CDs - Wells Fargo | D | Interest | P1 | T | | | | | |
| 6. Common Stock - Intel | B | Dividend | | | Sold | 9/29 | L | | |
| 7. Common Stock - Sun Microsystems | | None | | | Sold | 7/22 | K | | |
| 8. Common Stock - Cisco Systems | | None | M | T | | | | | |
| 9. Bond - Fremont CA Pub. Fin. Auth. | A | Interest | K | T | | | | | |
| 10. Bond - San Benito Health Care Dist. | A | Interest | J | T | | | | | |
| 11. IRA - Hoefer & Arnett | A | Dividend | K | T | | | | | |
| 12. -Money Market Fund - Evergreen | | | | | Open | 1/4 | K | | |
| 13. -Common Stock - Berkshire Hathaway Hldg Co. CL B | | | | | | | | | |
| 14. -Common Stock - KKR Fin'l | | | | | Sold | 3/28 | J | | |
| 15. -Common Stock - American Express | | | | | Sold (part) | 9/29 | J | | |
| 16. -Common Stock - Ameriprise Fin'l | | | | | Sold | 8/4 | J | A | |
| 17. -Common Stock - General Electric | | | | | Sold | 9/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -U.S. Govt Bond-Fed.Nat'l Mort. Assn. | | | | | Buy | 1/17 | J | | |
| 19.  -Mutual Fund -Source Cap, Inc. | | | | | | | | | |
| 20.  -Common Stock-Silver State Bancorp | | | | | Sold | 2/14 | J | | |
| 21.  -Common Stock - Burlington Northern Santa Fe Corp. | | | | | | | | | |
| 22.  Bond - N. Inyo Cnty Cal. Local Hosp. | A | Interest | J | T | | | | | |
| 23.  Bond - Folsom Cal. Spl. Tax Comnty Facs. | B | Interest | K | T | | | | | |
| 24.  Bond - Cal. Edl. Facs. Rev. | A | Interest | J | T | Redeemed (part) | 7/10 | K | A | |
| 25.  Bond - Woodland Cal. Fin. Auth. | B | Interest | K | T | | | | | |
| 26.  Bond - Pomona Cal. Redev. Agy Tax Alloc. | A | Interest | J | T | | | | | |
| 27.  Common Stock - Walmart Stores | C | Dividend | M | T | | | | | |
| 28.  Bond - Placentia CA Redev Agy Hsg | A | Interest | J | T | | | | | |
| 29.  Bond - LaMirada CA Redev Agy | A | Interest | J | T | | | | | |
| 30.  Bond - Montclair CA Redev Agy | A | Interest | J | T | | | | | |
| 31.  Bond - Cudahy CA Redev Agy | A | Interest | J | T | | | | | |
| 32.  Bond - Kern Vy Healthcard Dist CA | A | Interest | K | T | | | | | |
| 33.  Bond - Bell Comnty Redev Agy CA Tax | A | Interest | J | T | | | | | |
| 34.  Bond - Muroc CA Jt Unif Sch Dist | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Common Stock - Abbot Labs | B | Dividend | | | Sold | 9/29 | L | E | |
| 36. Common Stock - Home Depot | C | Dividend | | | Sold | 9/22 | M | | |
| 37. Common Stock - Microsoft | C | Dividend | M | T | | | | | |
| 38. Bond - CA Edl Facs | A | Interest | J | T | | | | | |
| 39. Bond - Woodland CA Commty Facs | A | Interest | J | T | | | | | |
| 40. Bond - Yuba City CA Redev Agy | A | Interest | J | T | | | | | |
| 41. Common Stock - Reading Int'l | | None | K | T | | | | | |
| 42. Common Stock - American Express | B | Dividend | K | T | Sold (part) | 9/29 | K | | |
| 43. Common Stock - Ameriprise Fin'l | A | Dividend | | | Sold | 8/4 | K | C | |
| 44. Common Stock - Berkshire Hathaway CL A | | None | L | T | | | | | |
| 45. Real Estate Inves't Trust - KKR Fin'l | | None | | | Sold | 3/28 | L | | |
| 46. Common Stock - West America Bank | A | Dividend | | | Sold | 2/14 | K | | |
| 47. Bond - Plumas CA Elem Sch Dist | A | Dividend | J | T | | | | | |
| 48. Bond - Riverside Cnty CA CTFS Partn | A | Dividend | K | T | | | | | |
| 49. Bond - Valley Sanitary Dist CA | A | Dividend | J | T | | | | | |
| 50. Common Stock - Berkshire Hathaway CL B | | None | K | T | | | | | |
| 51. Common Stock - Farmers & Merchants Bank Long Beach | A | Dividend | K | T | Sold (part) | 4/7 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Common Stock - General Electric | C | Dividend | | | Sold | 9/22 | L | | |
| 53. Common Stock - Oracle Corp. | | None | L | T | | | | | |
| 54. Bond - Bakersfield CA Imp't Bd | A | Dividend | J | T | | | | | |
| 55. Bond - Blythe CA Redev Agy | A | Interest | J | T | | | | | |
| 56. Bond - Chula Vista CA Redev Agy | A | Interest | J | T | | | | | |
| 57. Bond - Hercules CA Imp't Bd | A | Dividend | J | T | | | | | |
| 58. Bond - Mojave Desert & Mtn CA Waste Mgmt | A | Dividend | J . | T | | | | | |
| 59. Money Market Fund - M.L. Stem CA Tax Free | A | Dividend | | | Closed | 12/12 | J | | |
| 60. Bond-Richmond CA Jt Powers Fin'g | A | Interest | J | T | | | | | |
| 61. Bond-Woodland CA Redev Agy | A | Interest | J | T | | | | | |
| 62. Bond-Holtville CA Redev Agy | A | Interest | J | T | | | | | |
| 63. Bond-Riverbank CA Redev Agy | A | Interest | J | T | | | | | |
| 64. Common Stock- Burlington Northern Santa Fe Corp | A | Dividend | L | T | | | | | |
| 65. Common Stock- Silver State Bancorp | | None | | | Sold | 2/14 | K | | |
| 66. Mutual Fund - Source Cap, Inc. | D | Dividend | K | T | | | | | |
| 67. Money Market Fund - Evergreen | D | Dividend | O | T | | | | | |
| 68. U.S. Govt Bond - Fed. Home Loan MtgCorp | | None | | | Redeemed | 1/11 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CHESNEY, MAXINE M. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method, Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. U.S. Govt Bond - Fed. Nat'l Mtg Assn | A | Interest | | | Redeemed | 2/20 | K | A | |
| 70. Corp. Bond - AmGen Fin | B | Interest | J | T | | | | | |
| 71. Corp. Bond - Leucadia Nat'l Corp. | C | Interest | K | T | | | | | |
| 72. Bond - Long Beach CA Fin. Auth. | A | Interest | J | T | Buy | 3/27 | J | | |
| 73. Bond - Lancaster CA Fin. Auth. | A | Interest | J | T | Buy | 7/14 | J | | |
| 74. Bond - Indep. Cities CA Lease Fin. Auth. | A | Interest | J | T | Buy | 7/16 | J | | |
| 75. Bond - ABAG Fin. Auth. for Nonprofit | A | Interest | J | T | Buy | 10/15 | J | | |
| 76. Bond - ABAG Fin. Auth. Jackson Lab | A | Interest | J | T | Buy | 10/27 | J | | |
| 77. Bond - CA Hlth Facs Fin'g Auth. Hope | A | Interest | J | T | Buy | 12/12 | J | | |
| 78. Corp. Bond - Am.Elec. Pwr | A | Interest | K | T | Buy | 7/24 | K | | |
| 79. Corp. Bond - Comcast | A | Interest | K | T | Buy | 7/09 | K | | |
| 80. U.S. Govt. Bond - Fed. Home Loan Bank | B | Interest | L | T | Buy | 7/28 | L | | |
| 81. U.S. Govt. Bond - Fed. Home Loan Mtg. | B | Interest | L | T | Buy | 2/27 | L | | |
| 82. U.S. Govt. Bond - Fed. Natl Mort. | C | Interest | M | T | Buy | 1/17 | M | | |
| 83. U.S. Govt. Bond - Fed. Natl Mort. | B | Interest | L | T | Buy | 3/4 | L | | |
| 84. Corp. Bond - Norwest Fin. | | None | K | T | Buy | 9/30 | K | | |
| 85. Corp. Bond - Kellog Co. | A | Interest | K | T | Buy | 6/9 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Corp. Bond - Wells Fargo | | None | L | T | Buy | 12/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000.001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR ~~FAILS TO~~ ~~SUBJECT TO CIVIL~~
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544